UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIL WILLIAMS, *on behalf of himself and others similarly situated,*<br><br>    Plaintiff,<br><br>        v.<br><br>DUNNE MANNING INC. and<br>DUNNE MANNING STORES LLC,<br><br>    Defendants. | CIVIL ACTION NO. 5:22-cv-00908-JLS |

## <u>JOINT STIPULATION FOR DISMISSAL</u>

The undersigned counsel for all parties hereby stipulate that the claims of Plaintiff Jamil Williams are hereby dismissed, without prejudice, in their entirety as against Defendants Dunne Manning, Inc. and Dunne Manning Stores, LLC, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

_____
Peter C. Buckley
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103
Peter C. Buckley, Esq.

*Counsel for Defendants*
*Dunne Manning Inc. and*
*Dunne Manning Stores LLC*

_____
C.K. Lee, Esquire
LEE LITIGATION GROUP, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011

Counsel for Plaintiff
Jamil Williams

SO ORDERED:

_____
                                            J.